UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFF ROMBACK,

    Plaintiff,                                                Case No. 11-12402

v.

                                                            Hon. John Corbett O'Meara

ORION FINANCIAL, LLC, and
PRECISION RECOVERY ANALYTICS, INC.,

    Defendant.

_____/

## ORDER OF PARTIAL DISMISSAL

On June 2, 2011, Plaintiff filed his complaint alleging violations of the Fair Debt Collection Practices Act (Counts I and III) and Michigan Occupational Code (Counts II and IV). Plaintiff does not allege that diversity jurisdiction exists.  Although Counts I and III are cognizable in this court pursuant to 28 U.S.C. § 1331, the remaining allegations present claims based on state law.  This court declines to exercise supplemental jurisdiction over Plaintiff's state law claims so as to avoid jury confusion.  See 28 U.S.C. § 1367(c); United Mine Workers v. Gibbs, 383 U.S. 715 (1966); Padilla v. City of Saginaw, 867 F. Supp. 1309 (E.D. Mich. 1994).

Accordingly, IT IS HEREBY ORDERED that Counts II and IV of Plaintiff's complaint are DISMISSED.

                                                          s/John Corbett O'Meara
                                                          United States District Judge

Date:  July 1, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 1, 2011, using the ECF system.

s/William Barkholz  
Case Manager